**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hernan Francisco SILVA–**
**GUERRERO, Defendant–**
**Appellant.**

**No. 06–10409.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2007.[*]

Filed Jan. 12, 2007.

Robert A. Bork, Esq., Robert L. Ellman, Esq., U.S. Attorney's Office, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: ALARCÓN, HALL, and PAEZ, Circuit Judges.

## MEMORANDUM [**]

Hernan Francisco Silva–Guerrero appeals the 41–month sentence imposed following his guilty plea to being found in the United States after illegal re-entry, in violation of 8 U.S.C. § 1326. We have juris-

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

diction pursuant to 28 U.S.C. § 1291, and we affirm.

Silva–Guerrero contends that the district court violated his constitutional rights by imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based on a prior conviction that was neither proved to a jury nor admitted during the plea colloquy. Silva–Guerrero concedes, and we agree, that this contention is foreclosed. *See United States v. Beng–Salazar,* 452 F.3d 1088, 1091 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.